# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

National Logistics Service, LLC,
    Plaintiff(s),

v.

Westcoast Transportation, Inc.,
    Defendant(s).

Case No. 1:18cv573
(Consent Case ; Litkovitz, M.J.)

## ORDER

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date 5/29/19

awh   May 28, 2019

KAREN L. LITKOVITZ
United States Magistrate Judge